UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA SEGUI,<br><br>       Plaintiff,<br> vs.<br><br>SOLAR MOSAIC, LLC<br><br> and<br><br>MPOWER ENERGY, LLC d/b/a<br>MPOWER SOLAR, LLC<br><br>       Defendants. | NO.  24 CV 968 (ER) |

**PROTECTIVE ORDER RE: EMAIL ACCOUNT**

  WHEREAS, on September 26, 2024, the Plaintiff Ms. Segui took the deposition of the salesman at issue in this case, Klevis Vulaj, pursuant to a subpoena.  Present for the deposition was Andrew M. Milz, Esq., counsel for Plaintiff, Erin Edwards, Esq. and Ethan Ostroff, Esq., counsel for Defendant Solar Mosaic, LLC, and David Combs, Esq., counsel for the witness Mr. Vulaj and for Defendant MPower Energy, LLC;

  WHEREAS, during the deposition, the Plaintiff phoned the Court at approximately 12:05pm ET with the request for an emergency protective order to preserve evidence, namely the email account associated with the email address: anasegui1943@gmail.com (the "Email Account"), and the Court heard oral argument from counsel for the parties and the witness, Mr. Vulaj;

  IT IS HEREBY ORDERED that, for the reasons set forth on the deposition transcript made September 26, 2024, and for good cause shown, Plaintiff's request for an emergency protective order is GRANTED;

IT IS FURTHER ORDERED that:

1. Klevis Vulaj is enjoined from changing the password of the Email Account, the name of the Email Account, or otherwise accessing the Email Account;

2. Klevis Vulaj will cooperate with counsel for the parties to arrange a time and place for the Email Account to be accessed so that such evidence can be preserved pursuant to the Federal Rules of Evidence;

3. The parties and Mr. Vulaj shall arrange for this evidence to be collected within thirty (30) days of the date of this ORDER.

Failure to abide by this Protective Order by any person or entity may result in the imposition of sanctions against such person or entity pursuant to Rule 37 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED:

_____

Edgardo Ramos, USDJ

DATE:

September 30, 2024
New York, New York