UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA SEGUI,<br><br>                    Plaintiff,<br>vs.<br><br>SOLAR MOSAIC, LLC,<br><br>          and<br><br>MPOWER ENERGY, LLC d/b/a MPOWER SOLAR, LLC,<br><br>                    Defendants. | Case No.: 24-CV-968 |

**DEFENDANT, MPOWER ENERGY, LLC D/B/A MPOWER SOLAR, LLC'S NOTICE OF MOTION TO COMPEL ARBITRATION PURSUANT TO 9 U.S.C. §4**

**PLEASE TAKE NOTICE** that Defendant, Mpower Energy, LLC d/b/a Mpower Solar, LLC (collectively "Mpower"), will move before this Court, before the Honorable Edgardo Ramos (U.S.D.J.), at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 619, New York, New York 10007, at a date and time to be determined by the Court, requesting that the Court issue an Order granting Mpower's Motion to Compel Arbitration Pursuant to 9 U.S.C. §4, Compelling the Parties to Arbitrate, and Staying this Action Pending the results of Arbitration, against Plaintiff, Ana Segui. In support of this motion, Defendants submit a Memorandum of Law, the Declaration of David Combs and exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated October 18, 2024 (Doc. No. 56): (i) any papers in opposition to the motion described herein shall be served on Defendants' counsel of record on or before December 12, 2024; and (ii) any reply papers in

further support of the motion described herein shall be served on Plaintiffs' counsel of record on or before December 23, 2024.

                                                                      Respectfully submitted,

Dated: November 21, 2024            By: /s/ *David G. Combs*
      Brooklyn, New York               David Combs, Esq.
                                            *Counsel for Mpower Energy, LLC*
                                            *d/b/a Mpower Solar, LLC*
                                            24 Hillel Place
                                            Brooklyn, New York 11201
                                            Tel: (347) 378-5628
                                            davdc@mpowerenergy.com

## CERTIFICATE OF SERVICE

I, David G. Combs, hereby certify that on November 21, 2024, I caused a copy of the Notice of Motion of Mpower Energy LLC for an order compelling arbitration of all claims alleged by the Plaintiff in this action to be served by the Electronic Case Filing System, which included the individuals listed below.

For Plaintiff Ana Segui:

| | |
|---|---|
| Andrew M Milz | Brian Lewis Bromberg |
| Flitter Milz, P.C. | Bromberg Law Office, P.C. |
| 4500 N. Narberth Avenue | 352 Rutland Road #1 |
| Suite 101 | Brooklyn, NY 11225 |
| Narberth, PA 19072 | 212-248-7906 |
| 610-668-0018 | Fax: 212-248-7908 |
| Fax: 610-667-0552 | Email: brian@bromberglawoffice.com |
| Email: amilz@consumerslaw.com | |

For Defendant Solar Mosaic, LLC:

| | |
|---|---|
| Ethan Ostroff | Erin Edwards |
| Troutman Pepper Hamilton Sanders LLP | Troutman Pepper Hamilton Sanders LLP |
| 222 Central Park Avenue | 227 W. Monroe Street |
| Suite 2000 | Suite 3900 |
| Virginia Beach, VA 23462 | Chicago, IL 60606 |
| 757-687-7541 | 312-759-1665 |
| Fax: 757-687-1541 | Email: erin.edwards@troutman.com |
| Email: ethan.ostroff@troutman.com | |

Kalama Mark Lui-Kwan
Troutman Pepper Hamilton Sanders LLP
California
3 Embarcadero Center
Ste 800
San Francisco, CA 94111
415-477-5700
Fax: 415-477-5710
Email: kalama.lui-kwan@troutman.com

*/s/ David G. Combs*
David G. Combs, Esq.
Department of Legal and Regulatory Affairs
Mpower Energy LLC
24 Hillel Place
Brooklyn, NY 11210
(347) 378-5628
Email: DavidC@mpowerenergy.com