UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA SEGUI,

                Plaintiff,

    – against –

SOLAR MOSAIC, LLC, *and* MPOWER ENERGY, LLC *d/b/a MPower Solar, LLC*,

                Defendants.

**ORDER**

24 Civ. 968 (ER)

Ramos, D.J.:

    There is a motion to compel arbitration, filed by Solar Mosaic, currently pending in this matter. However, on June 9, 2025, Solar Mosaic filed a suggestion of bankruptcy as to itself, and a corresponding notice of automatic stay of the case only as to Solar Mosaic. Doc. 72. The case is otherwise not stayed.

    In light of the stay as to Solar Mosaic only, Solar Mosaic's motion to compel, Doc. 60, is placed off-calendar, subject to renewal by letter motion after the stay is lifted.

    The Clerk of Court is respectfully directed to terminate the motion, Doc. 60.

It is SO ORDERED.

Dated:  September 27, 2025
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.