UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA SEGUI,

                Plaintiff,

– against –

SOLAR MOSAIC, LLC *and* MPOWER ENERGY, LLC,

                Defendants.

**ORDER**

24-cv-00968 (ER)

Ramos, D.J.:

      Solar Mosaic LLC ("Solar Mosaic") filed a motion to compel arbitration on November 11, 2024. Doc. 60. However, on June 9, 2025, Solar Mosaic filed a suggestion of bankruptcy as to itself and a corresponding notice of automatic stay of the case only as to Solar Mosaic. Doc. 72. In light of the automatic stay, on September 27, 2025, this Court placed Solar Mosaic's motion to compel arbitration off-calendar, subject to renewal once the stay is lifted. Doc. 79.

      On September 5, 2025, the United States Bankruptcy Court for the Southern District of Texas filed a confirmation order in Solar Mosaic's bankruptcy action. *See In re Mosaic Sustainable Finance Corporation*, 25-90156, Doc. 769 (Bankr. S.D. Tex. Sep. 22, 2025). The confirmation order went into effect on September 22, 2025. *Id.* Solar Mosaic wrote this Court noting that the automatic stay is no longer applicable to Segui's consumer claims on October 17, 2025. Doc. 82. Accordingly, the Clerk of the Court is respectfully instructed to renew Solar Mosaic's motion to compel, Doc. 60.

      It is SO ORDERED.

Dated:   October 20, 2025
             New York, New York

                                                        Edgardo Ramos, U.S.D.J.