# FLITTER MILZ, P.C.
## CONSUMERSLAW.COM
### ATTORNEYS AT LAW

CARY L. FLITTER [1,2,3]
ANDREW M. MILZ [1,2]
JODY THOMAS LÓPEZ-JACOBS [1,2]

[1] PA BAR  |  [2] NJ BAR  |  [3] NY BAR

TOLLFREE: 888-668-1225

RESPOND TO:

PHILA
(610) 822-0781
amilz@consumerslaw.com

January 13, 2026

*Via ECF*

Hon. Edgardo Ramos
U. S. District Court for the
Southern District of New York
Courtroom 619
Thurgood Marshall U. S. Courthouse
40 Foley Square
New York, NY 10007

      RE:    Ana Segui v. Solar Mosaic LLC, et al., Case No. 1:24-cv-00968-ER
             Plaintiff's Status Report

Dear Judge Ramos,

      We are counsel for Ana Segui, the Plaintiff in the above-captioned matter and write to provide the Court with a status report.

      Plaintiff has filed today a First Amended Complaint (ECF 90) on consent.  Defendants Solar Mosaic and MPower have written me via email to confirm that they do not object to Plaintiff's amendment to bring into the case the current holder of the solar loan, Mosaic Funding X, LLC.

      It is Plaintiff's position that once all the Defendants, including the new defendant Mosaic Funding X, have been served with the FAC and have responded to it, that the Court should set the matter down for a scheduling conference at that point in time.

      Respectfully submitted,

      ANDREW M. MILZ

AMM/vcb
cc:    All counsel of record (via ECF)

PHILADELPHIA
450 N. NARBERTH AVE., STE. 101
NARBERTH, PA 19072
610-266-7863
FAX: 610-667-0552

SCRANTON
216 N. BLAKELY STREET
DUNMORE, PA 18512
570-216-3210
FAX: 833-775-3450

NEW JERSEY
1814 EAST RT. 70, SUITE 350
CHERRY HILL, NJ 08003
856-396-0600
FAX: 833-775-3450

NEW YORK
TWO INTERNATIONAL DR., SUITE 350
RYE BROOK, NY 10573
914-934-8080
FAX: 833-775-3450