UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA SEGUI,

                    Plaintiff,

          – against –

SOLAR MOSAIC, LLC, MPOWER
ENERGY, LLC *d/b/a MPower Solar, LLC*,
and MOSAIC FUNDING X, LLC,

                    Defendants.

ORDER

24 Civ. 968 (ER)

RAMOS, D.J.:

Ana Segui initially brought this action against Solar Mosaic, LLC ("Solar Mosaic") and MPower Energy, LLC on February 4, 2024. Doc. 1. On November 21, 2024, Solar Mosaic filed a motion to compel arbitration, Doc. 60, which was fully briefed by December 23, 2024, *see* Doc. 66. On June 9, 2025, Solar Mosaic filed a suggestion of bankruptcy as to itself, and a corresponding notice of automatic stay of the instant civil case only as to Solar Mosaic. Doc. 72. In light of the automatic stay, on September 27, 2025, the Court placed Solar Mosaic's motion to compel arbitration off-calendar, subject to renewal once the stay was lifted. Doc. 79. On October 17, 2025, Solar Mosaic wrote this Court noting that the automatic stay was no longer applicable to Segui's consumer claims. Doc. 82. Accordingly, on October 21, 2025, the Court renewed Solar Mosaic's motion to compel arbitration. Doc 83. On January 13, 2026, Segui filed an amended complaint, which adds defendant Mosaic Funding X, LLC. Doc. 90.

As Solar Mosaic's motion to compel arbitration is currently pending, and as Segui indicates that Mosaic Funding X, LLC is the "current holder of the solar loan" containing the arbitration provision at issue, Doc. 91, Segui and Solar Mosaic are directed to file a

joint letter by January 21, 2026, indicating whether Segui's amended complaint moots or

otherwise affects the Court's resolution of Solar Mosaic's motion to compel arbitration.

It is SO ORDERED.

Dated:    January 14, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2