

Troutman Pepper Locke LLP
875 Third Avenue
New York, New York  10022

troutman.com

---

**Stephen J. Steinlight**
212.704.6008
stephen.steinlight@troutman.com

January 22, 2026

**MEMO ENDORSED**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *Ana Segui v. Solar Mosaic LLC, et al., Case No. 1:24-cv-00968-ER*

Your Honor:

We represent Defendant Solar Mosaic LLC ("Solar Mosaic") in the above-referenced action. Solar Mosaic writes to the Court to respectfully request an extension of time to submit a response to the First Amended Complaint [Doc. 95] as filed by Plaintiff Ana Segui ("Plaintiff"). Specifically, Solar Mosaic requests an extension from its current deadline of February 6, 2026 to February 26, 2026. In support of this application, Solar Mosaic states as follow:

- Plaintiff indicated to Solar Mosaic that she does not object to the foregoing request;
- The requested extension will not impact any current scheduling deadlines;
- The requested extension will not prejudice any party to this action;
- This is the first request for any extension of time by Solar Mosaic.

Accordingly, for the foregoing reasons, Solar Mosaic respectfully requests that the Court "So Order" this request and extend Solar Mosaic's deadline to respond to the First Amended Complaint to February 26, 2026.

We thank Your Honor for your consideration of this application.

Respectfully submitted,

*s/ Stephen J. Steinlight*
Stephen J. Steinlight

324538076v1

---

The request is granted. Solar Mosaic is directed to respond to the first amended complaint by February 26, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: January 23, 2026
New York, New York