**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ANA SEGUI,

Plaintiff,

-against-

SOLAR MOSAIC, LLC, et al.,

Defendant.

---------------------------------------------------------------

**<u>ORDER</u>**
**24-CV-968 (ER) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court held a settlement conference on July 27, 2026. The case did not settle. The Court is willing to hold a second settlement conference in the future if the Parties think it would be productive to do so. The Parties are reminded that discovery is ongoing and all deadlines set by Judge Ramos remain in effect.

SO ORDERED.

DATED: New York, New York
July 27, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge